IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES<br><br>This Document Applies To:<br><br>ROGER E. NELSON and ROSALIE J. NELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CRANE COMPANY, etc., et al.,<br><br>Defendants. | CIVIL NO. 11-00406 REJ/RLP<br>(Toxic Tort / Asbestos Personal Injury)<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

I, ILANA K. WAXMAN, hereby declare pursuant to Circuit Rule 7(g), Rules of the Circuit Court of the State of Hawaii, as follows:

1. I have personal knowledge of the following facts, and I am competent to testify as follows.

2. I am one of the attorneys for Plaintiffs herein and make this declaration upon personal knowledge unless otherwise indicated.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Transcript of Proceedings, *Chang v. Combustion Engineering*, June 14, 2002.

Case 1:11-cv-00406-LEK-RLP   Document 8-3   Filed 06/30/11   Page 2 of 7    PageID #: 192

4. Attached hereto as Exhibit 2 is a true and correct copy of the Complaint, filed May 17, 2011, in <u>Roger E. Nelson, et al. v. Crane Company, et al.</u>, 11-1-0998-05 (RAN), Circuit Court of the First Circuit, State of Hawaii.

5. Attached hereto as Exhibit 3 is a true and correct copy of *Barrett v. CLA-VAL Co.*, Slip Opinion, CV07-7774 PSG (C.D. Cal. 2008).

6. Attached hereto as Exhibit 4 is a true and correct copy of *Scarbrough v. General Electric Co.*, Slip Opinion, CV 07-1192-RGK (C.D. Cal. April 13, 2007).

7. Attached hereto as Exhibit 5 is a true and correct copy of the 1956 edition of the Manufacturing Chemists' Association publication WARNING LABELS: A GUIDE FOR THE PREPARATION OF WARNING LABELS FOR HAZARDOUS CHEMICALS, MANUAL L-1 (the "MANUAL L-1").

8. Attached hereto as Exhibit 6 are true and correct copies of excerpts of the NIOSH POCKET GUIDE TO CHEMICAL HAZARDS published by the U.S. Department of Health and Human Services, September, 1985.

9. Attached hereto as Exhibit 7 is a true and correct copy of the California State EPA List "Proposition 65 List of Chemicals."

10. Attached hereto as Exhibit 8 is a true and correct copy of an excerpted portion of MIL-STD-129B (1957), the military standard for "Military Standard: Marking For Shipment and Storage."

2

11. Attached hereto as Exhibit 9 is a true and correct copy of an excerpted portion of MIL-STD 129C (1960), the military standard for "Marking for Shipment and Storage."

12. Attached hereto as Exhibit 10 is a true and correct copy of MIL-P-15024D, the military specification for "Plates, Tags and Bands for Identification of Equipment."

*13.* Attached hereto as Exhibit 11 is a true and correct copy of an excerpted portion of MIL-P-16789B, the military specification for "Preservation, Packaging, Packing and Marking of Pumps."

14. Attached hereto as Exhibit 12 is a true and correct copy of an excerpted portion of MIL-T-17600A, the military specification for "Turbines, Steam, Propulsion (For Naval Shipboard Use)."

15. Attached hereto as Exhibit 13 is a true and correct copy of an excerpted portion of MIL-STD-1341A, the military standard for "Symbols for Packages And Containers For Hazardous Industrial Chemicals And Materials."

16. Attached hereto as Exhibit 14 is a true and correct copy of Federal Standard 313, *Symbols for Packages And Containers For Hazardous Industrial Chemicals And Materials.*

**17.** Attached hereto as Exhibit 15 is a true and correct copy of the deposition transcript of Adam Martin taken January 28, 1983.

18. Attached hereto as Exhibit 16 is a true and correct copy of an excerpted portion of the Discovery Responses in *GAF v. United States*.

19. Attached hereto as Exhibit 17 is a true and correct copy of the UNIFORM LABELING PROGRAM – NAVY, *SECNAV 5160.8, 9/24/56.*

20. Attached hereto as Exhibit 18 is a true and correct copy of an excerpted portion of the *Dept. of the Navy, Supply Systems Cmd, NAVSUP Pub. 4500, Consolidated Hazardous Item List (CHIL)* (1969).

21. Attached hereto as Exhibit 19 is a true and correct copy of an excerpted portion of the *Dept. of the Navy, Supply Systems Cmd, NAVSUP Pub. 4500, Consolidated Hazardous Item List (CHIL)* (1977).

22. Attached hereto as Exhibit 20 is a true and correct copy of an excerpted portion of the deposition transcript of David Sargent, dated April 29, 2009.

23. Attached hereto as Exhibit 21 is a true and correct copy of MIL-M-15071C, the military specification for "Manuals, Equipment, and Systems."

24. Attached hereto as Exhibit 22 is a true and correct copy of MIL-M-15071D, the military specification for "Manual, Service (Instruction Books) for Shipboard Electrical and Mechanical Equipment."

25. Attached hereto as Exhibit 23 is a true and correct copy of MIL-M-15071E, the military specification for "Manuals, Equipment and Systems."

26. Attached hereto as Exhibit 24 is a true and correct copy of an excerpted portion of MIL-M-38784, dated January 1, 1968, the military specification for "Manuals, Technical: General Requirements for Preparation of."

27. Attached hereto as Exhibit 25 is a true and correct copy of a Warren Pumps technical manual for Main Condenser Circulating Pumps on DD-692 class vessels, which was produced by Warren Pumps in discovery.

28. Attached hereto as Exhibit 26 is a true and correct copy of a Warren Pumps technical manual for Main Condenser Circulating Pumps on DD-445 class vessels. This is a photocopy of the original manual found at the library of U.S.S. Kidd (DD-661) ship museum in Baton Rouge, Louisiana.

29. Attached hereto as Exhibit 27 is a true and correct copy of an excerpted portion of a GE Manual for Ship Service Generator Set on DD-692 class vessels.

30. Attached hereto as Exhibit 28 are true and correct copies of an excerpted portion of a Buffalo Pumps Instruction book for Main Feed Pumps on DD-445 class destroyers. This is a photocopy of the original manual found at the library of U.S.S. Cassin Young (DD-793) ship museum in Boston, Massachusetts.

31. Attached hereto as Exhibit 29 is a true and correct copy of an excerpted portion of a technical manual for a Troy Laundry Machinery 17" Minute

Man Extractor. This is a photocopy of the original manual found at the library of U.S.S. Kidd (DD-661) ship museum in Baton Rouge, Louisiana.

32. Attached hereto as Exhibit 30 is a true and correct copy of an excerpted portion of the Fairbanks-Morse Instruction Book for Diesel Engine Generating Set NAVSHIPS 361-1308.

33. Attached hereto as Exhibit 31 is a true and correct copy of an excerpted portion of the Foster Wheeler 1976 Technical Manual for Main Boilers on the USS Kitty Hawk CV-63.

34. Attached hereto as Exhibit 32 is a true and correct copy of a letter from Johns-Manville Corp. to Owens-Corning Fiberglas Corp. dated 8/18/1964.

35. Attached hereto as Exhibit 33 is a true and correct copy of a Johns-Manville Internal Correspondence re: Warning Labels, 12/3/1975.

36. Attached hereto as Exhibit 34 is a true and correct copy of a Crane Co. drawing for an Asbestos Cautionary Tag that was produced by Crane Co. in discovery.

37. Attached hereto as Exhibit 35 is a true and correct copy of an excerpted portion of the deposition transcript of Harry Farley, dated May 18, 2004.

38.     Attached hereto as Exhibit 36 is a true and correct copy of a memorandum from Harry Farley re "Warning Tag for Valves Containing Asbestos," dated March 13, 1985, which was produced by Crane Co. in discovery.

39.     Attached hereto as Exhibit 37 is a true and correct copy of an excerpted portion of the deposition transcript of Martin Kraft, dated March 15, 2006.

40.     Attached hereto as Exhibit 38 is a true and correct copy of an excerpted portion of the deposition transcript of Martin Kraft, dated November 30, 2006

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, June 30, 2011.

_____
ILANA K. WAXMAN