IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII STATE ASBESTOS CASES<br><br>This Document Applies To:<br><br>ROGER E. NELSON and<br>ROSALIE J. NELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>1) CRANE COMPANY, etc., et al.,<br><br>Defendants. | CIVIL NO. 11-00406 LEK/RLP<br><br>**DECLARATION OF**<br>**E. MASON MARTIN III** |

## DECLARATION OF E. MASON MARTIN III

I, E. MASON MARTIN III, pursuant to 28 U.S.C. § 1746 and Rule 7(g) of the Rules of Circuit Courts of the State of Hawaii, declare under penalty of perjury:

1. I am one of the attorneys of record herein for Defendant WARREN PUMPS, LLC. and make this declaration based upon personal knowledge.

2. Attached hereto and marked as Exhibit "A" is a true and correct copy of the ~~First Amended~~ Complaint filed ~~June 15~~ May 17, 2011. *EMM*

3.      Attached hereto is a true and accurate copy of the <u>Affidavit of Ret. Adm. Roger B. Horne, Jr.</u> dated August 5, 2011, and Exhibits "A"–"I" attached therein.

4.      Attached hereto is a true and accurate copy of the <u>Affidavit of Ret. Adm. David P. Sargent</u> dated August 7, 2011 and Exhibits "A1"-"S" attached therein.

5.      Attached hereto is a true and accurate copy of the <u>Affidavit of Dr. Samuel Forman</u> dated August 6, 2011 and Exhibits "A"-"Z" attached therein.

6.      Attached hereto is a true and accurate copy of the <u>Affidavit of Roland Doktor</u> dated July 19, 2011.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this <u>8th</u> day of August 2011.

*[signature]*
E. Mason Martin III