EXHIBIT F

 

# Exhibit F

TO THE AFFIDAVIT OF ADMIRAL HORNE








# GENERAL SAFETY RULES

## MANUAL

PUGET SOUND NAVAL SHIPYARD
BREMERTON, WASHINGTON
1960



# Shipyard
## GENERAL SAFETY RULES

**A. General:**

A1. All supervisors shall be responsible for enforcement of safety rules and thorough safety instruction of employees under their charge.

A2. Keep your mind on your work always. Practical jokes and horseplay are prohibited.

A3. Report promptly any unsafe conditions noted. Persons assigning such reports are responsible for following it to matter through to logical conclusion.

A4. Watch out for your fellow workers. Warn them of any dangerous situations.

A5. Watch your step! Avoid short cuts through dangerous areas.

A6. Running in the Shipyard is not allowed, except in cases of real emergency, or where approved by the supervisor as necessary for the efficient conduct of the job at hand.

1

A7. Do not jump from heights.

A8. Never throw tools or materials to another worker.

A9. Don't lean against or sit on any railing or life-line.

A10. Barriers are placed around the job for your protection. Never go through or under a barrier without specific order.

A11. Keep off of all equipment such as cranes, shovels, trucks, caterpillars, pile drivers, etc., unless so authorized by the requirement of your work.



A12. All open man-holes, hatches and deck openings must be guarded with safety line or hand rails.

A13. All flush deck openings must be provided with a toe boards to prevent materials, tools, etc, from falling below.

A14. No unauthorized person shall remove, displace, damage, destroy any safety device, safeguard, notice or warning furnished for use in any place of employment.

A15. Wearing of finger rings, wrist watches and watch chains is prohibited when handling materials, tools or working around moving machinery.

A16. Do not enter closed compartments or voids until they have been ventilated, tested, and authorized for entrance.

A17. All cans, drums or bottles containing chemicals shall be clearly labeled to show name of chemical and its flammability or toxicity.

A18. When mixing acid and water, always pour the acid into the water slowly. NEVER pour water into acid. Approved goggles and rubber gloves shall be worn.

A19. In case you get acid or caustic into your eyes or on your skin, bathe immediately with large quantities of clean water and report to the Dispensary without delay. Do not rinse in dirty work basin for eyes or shower, drinking fountain or other source of water.

A20. Safety valves, governors, over-speed trips, automatic cutouts, low-water alarms and similar safety devices are furnished to prevent failure of equipment with resultant serious injury or



damage. Such devices must not be altered or tampered with in any way and shall be repaired or adjusted only by authorized persons. Report any difficulties with safety devices to your supervisor at once.

A21. Switches, valves or other equipment controls, movement of which may endanger personnel working on lines or machinery shall be locked or tagged out by the man in charge of the work before permitting work thereon. Where more than one man is working independently on the same equipment, each shall place his own tag on the control.

A22. Safety locks or tags shall be removed, when no longer needed, only by the person who put them in place. Excepting removal, in the unavoidable absence of such a person may be accomplished under the direction of the employee's senior civilian supervisor.

B. Personal Clothing:

B1. Always wear proper clothing. Ragged sleeves, cuffed trousers, gloves, loose ties or jumpers will not be permitted around moving machinery, sleeves rolled up sleeves are dangerous. If you like your sleeves short, cut and hem them above the elbow.

B2. Keep work clothing clean. Dirty clothes are a menace to health as well as a fire hazard if oily.

4

B3. Never put oil-soaked clothing or rags in lockers. They can ignite spontaneously.

B4. Celluloid visors on caps and shields are highly inflammable and shall not be used in the shipyard.

B5. Workers exposed to hot sparks or molten metals should wear hard cloth or wool clothing. Composure type safety shoes are recommended.

B6. All employees shall wear shoes with substantial soles and good heels. Employees whose duties involve exposure in foundries, shipyard repairs, etc. areas shall not wear leather slippers or open-toed shoes while on duty. Safety shoes with built-in steel toe-cap protection are strongly recommended.

B7. Protect your hands by wearing gloves of proper type when handling rough splintery or sharp objects, except when operating machines with revolving spindles and cutting tools.

B8. Wear gloves while using vibrating hand tools, such as chipping guns, rivet guns, etc.

C. Protective Equipment:

C1. For certain operations special protective clothing such as rubber or slicker suits, boots, gloves, aprons, hats and sleeves are furnished to prevent dam-

5



(a) Welding, cutting, soldering, brazing, stud-shooting.

(b) Handling molten metals, hot tars, mastics, etc.

(c) Brushing or working with chemicals, solvents, caustics, etc.

(d) Handling electrical batteries.

(e) Grinding, power buffing or power sanding.

(f) Chipping.

(g) Wire brushing.

(h) Drilling.

(i) Caulking.

(j) Abrasive or shot-blasting.

(k) Scraping, except in enclosed booth.

(l) Glazing.

(m) Scraping.

(n) Operating power machine tools or power woodworking tools where chips or dust are present.

(o) Drop forging.

(p) Using punches or impact-type tools.

(q) Handling hand-tools, etc.

(r) Handling high vacuum electronic tubes.

(s) Doing work on/overhead involving possibility of falling particles.

(t) Working under vehicles and similar operations.

(u) Working inside boiler fire-boxes and flues.

(v) Working with fiberglass, including spun-glass.

(w) Using compressed air jet.

(x) Dumping operations.

7

...age to personal clothing and eliminate injury hazards. Your supervisor knows when special clothing is required. Consult him if you have any questions.

C2. Approved hard hats (with guards) shall be worn by all shipyard personnel working or performing duties aboard ships, in dry docks, and in all other locations where there is danger of injury to the head.

C3. Rubber glove, hand protection shall be worn when handling acids, caustics, solvents and other irritant or corrosive chemicals.

C4. Approved protective eye-wear shall be worn by all employees working in dry docks; aboard ships under repair, overhaul or construction; in posted shop areas; and when performing or passing within the dangerous vicinity of the following operations:

6





How to lift:

1. You may be as strong as an ox but be careful what you lift. Even if your back muscles were made of steel there would be a limit to the strain they would stand.

2. Size up the load before you lift it. Get help if necessary.

3. Lift with your legs and not your back.



D. Lifting and Carrying:

D1. Lift only what you are sure you can safely handle. No weight limit can practicably be set, except that imposed by common horse-sense. Use mechanical lifting devices whenever possible.

D2. When lifting, make the strong leg muscles do the work—by crouching under the load and keeping the back as vertical as possible. Place the load, and keep feet close to the body, lifting gradually with no sudden jerky bent. Slowly lift from a twisted or awkward position. Firm footing and a solid grip are equally important.

D3. Keep hands and feet in such position as to protect them from being crushed if load is dropped or strikes other objects.

D4. When handling material with other men, all should agree on who is in charge and the signals to be given. Load should not be moved or released until all are ready.

D5. When carrying extended loads such as pipe, lumber, or ladders, keep front and back and watch carefully to avoid striking objects or other persons.

D6. If an object is too bulky for you to watch where you're going, it's too big to carry alone. Get help or use transporting equipment.

10




**F. Hand Tools:**

F1. Carefully inspect all tools before use, to determine that they are in good condition and of proper size to do the job safely.

F2. Damaged or unusable tools will not be permitted, whether personally or Navy owned.

F3. Never use wrenches for hammers, screw drivers or files for pry's, or any tools for purposes other than intended.

F4. Do not use a pipe or jaw as an extension handle on a wrench to obtain more leverage. Use a larger wrench.

F5. Use proper size and kind of wrench.

F6. Avoid wrenches with sprung, battered or worn jaws.

F7. Never slim up a wrench to make it fit.

13

**E. Housekeeping:**

E1. Good housekeeping must be maintained on every job. Do your share—clean up after yourself.

E2. Keep all portable electric leads, light cords, air hoses and welding leads, clear of the deck or so laid as to prevent the possibility of personnel tripping over them.

E3. Never place portable leads on ladders or on the deck in front of ladders or stairways.

E4. Keep tools and materials away from edges from which they may fall on personnel working below.

E5. Tool boxes allowed on board by supervisors should be placed only in designated areas, but in no case in traveled areas.

E6. At piling material or placing equipment, see that it is securely placed in a stable position to prevent falling.

E7. Oil on decks must be wiped up immediately.

E8. Keep change rooms, lockers, smoking areas, showers and toilets clean. Dispose of trash; finish wrappings and paper towels in cans provided.

E9. Use care to place waste materials in proper containers. Separate containers for flammable, non-flammable, and oily rags.

E10. Do not hang clothing, towels, rags etc. to dry on radiators, hot lines or similar locations.

12



**G. Ladders and Scaffolds**

G1. Do not attempt to carry anything in the hands or under the arm while ascending or descending ladders. Use a hand line for raising or lowering these objects.

G2. Ladders shall be firmly placed on secure footing. If there is danger of slipping, hold by a fellow worker, or lash securely. Proper angle of incline is obtained when the horizontal distance from the base of the ladder to the top support is one-quarter the length of the ladder.

G3. Portable ladders shall be of such length as to extend at least 36" beyond the top support, to provide adequate hand hold for the user when climbing on with both hands whether climbing up or down. It is generally considered safer to hold on to rungs rather than siderails.

G4. Portable ladders shall be equipped with safety feet, except step-ladders and construction ladders firmly secured in place.

G5. Don't overreach when working from a ladder.

G6. When necessary to place a ladder in front of a doorway, the door shall be locked or guarded.

G7. Barrels, boxes, chairs or crates shall not be used in place of step-ladders or portable steps.

15

F8. Always pull toward the adjustable jaw of a wrench.

F9. Think before pushing on a wrench. It's usually safer to pull.

F10. Get set before you pull on a wrench. Figure out what is going to happen if the wrench slips or suddenly gives, the bolt breaks, or the threads strip.

F11. Keep the surfaces and handles of tools free of excess oil or grease to prevent slipping or glancing.

F12. Never carry sharp or pointed tools loose in the pockets or loose in the tool box. Use a sheath.

F13. Soft metal, rubber or rawhide hammers or mallets used for striking hardened steel or other metals shall...

F14. Tools with mushroomed heads or hammers with split or loose handles shall not be used until repaired.

F15. Files shall be used only when equipped with handles.

F16. Place tools not in use out of the way or in tool box or bag.

F17. Keep tools sharp. A dull tool is always a hazardous.

F18. Safety goggles shall be worn when using striking hand tools.

F19. Only qualified personnel fully acquainted with Navy specifications shall be permitted to heat treat or temper striking tools.

14

**G8.** Ladders shall never be painted, as this may conceal dry rot or other defect. Ladders shall have rails or other lacquer finish satisfactory coating.

**G9.** See that ladders are stored in a safe place when not in use, secured against falling.

**G10.** Staging and scaffolding shall be rigged and inspected under the direct supervision of a leadingman rigger (or, in the Public Works Department, by an authorized supervisor), who shall be responsible for the equipment and its safety. He shall detail a competent man to make daily inspection of scaffolds, stagings and platforms.

**G11.** Handrail protection is required on at least the outboard side of the working platforms of all staging. The only exception permitted is in the case of trestle or horse stagings on which railing protection is required when built to a height of over eight feet from base.

**G12.** Scaffolding and staging is erected in accordance with existing standards. Do not use makeshift substitutes.

**G13.** The top hand rail on scaffolds and staging is required to be rigidly constructed of at least 2"x16" lumber or standard diameter tubular stock, at a height of 42" from platform surface. An inter-mediate rail or limit is required to be installed at a height of 21" from platform surface, except on hanging stagings where workmen are required to use a safety belt.

**G14.** The ends of staging or scaffold planks are painted blue where handled by Shop 72, and green where handled by Shop 05. Do not use these planks for any purpose other than for staging or scaffolds without specific permission of the responsible shop.

**G15.** Three plank platforms are required on scaffolds to staging except where impossible to install. Spaces between planks shall be kept to a minimum.



**G16.** Scaffold planks should overlap at least 18" with one end over and the other end under adjoining planks.

**G17.** Most stagings shall be secured against movement about the mast.

**G18.** Toe boards are required in all scaffolds or staging where personnel below are

17

likely to be exposed to injury from falling objects, except when area below is roped off and packed with warning signal.

G19. Keep scaffold and staging platforms clear of loose materials which may be jounced or knocked off onto personnel working below.

**H. Machines:**

H1. Unless authorized and thoroughly familiar with their use do not attempt to operate mechanical equipment such as pumps, engines, hoists, power tools and shop machinery.

H2. Gloves are very dangerous around rotating machinery. If they are authorized due to sharpness of material being handled, great care must be exercised to keep hands well away from moving machine parts.

H3. Do not wipe, clean or adjust mechanical equipment while in motion unless such operation has been approved.

H4. Where guards are removed for oiling, adjustment or repair by authorized personnel, the equipment shall be tagged out of operation, pending replacement of the guards upon completion of the work that required their removal.

H5. Never all unguarded machinery or shafting while in motion.

18

H6. Never use rags around moving machinery.

H7. Guards must be kept in place around all projecting ends of rotating machinery.

H8. Use a brush for cleaning away chips from your work.

H9. Before placing hands, head, or body beneath rams of a power hammer, punches and presses, the rams must be securely blocked to prevent movement. All switches and valves supplying power must be pulled and shut off, and tagged or locked to prevent all possible danger.

H10. Employees must keep their machines clean and at the end of the shift leave them clean.



H11. Strides on machine point-of-operation.

19



lamps shall be made of non-combustible material, so constructed as to prevent exposure of personnel to injurious or starting hazards.

H12. All gears, sprockets, belts, chains, pulleys, etc., which are 7 feet or less from floor or working platform shall be guarded with approved enclosures.

H13. Do not leave your machine running unattended.

H14. Do not divert operator's attention from their work.

H15. Before starting machinery, assure that all is clear.

H16. All machining operations where dust or chips are present require the operator and those in the effective vicinity to wear approved eye-protection.

H17. Tool rests, guards, tongues and shields shall not be removed, from abrasive wheels. Work-rest clearance shall not exceed 1/8".

H18. Avoid forcing work against a cold wheel; apply pressure gradually, giving the wheel a chance to warm up.

H19. Take care not to strike an abrasive wheel at any time, except where making unbounded tests.

H20. Speed of abrasive wheel shall not exceed that prescribed by the manufacturer.

20

H21. Report immediately any abrasive wheel which shows evidence of injury or excessive vibration.

H22. Operators of abrasive wheels and personnel in the dangerous vicinity shall wear approved eye-protection.

H23. Use extreme care reaching around rotating parts of drill presses, lathes, boring mills, etc. If it is long, wear a cap.

H24. Never attempt to hold the work on a drill press table; clamp it securely in place.

H25. Run machine drills only at proper speed; forcing or feeding too heavy may result in a broken drill and serious injury.

H26. Long drills of small diameter may bend and whip out if run too fast. Keep speed and feed at a minimum.

H27. When operating power saws use push stick wherever possible.

H28. Kick-backs from power saws can be fatal. Always stand out of line with the saw, use splitter or anti kick-back fingers wherever possible, never bring a piece of wood down on top of a saw and keep saw table cleared of cut-off pieces.

H29. Keep the floors around all power wood, working machinery scrupulously clean. A chip or crumbles can be serious.

21



B88. Portable power abrasive wheels, disc grinders and wire brushes shall not be used without safety guards. Wherever other persons remain in the vicinity of such operations, a portable shield shall be used.

B89. Approved eye-protection shall be worn by operators of all pneumatic impact-type tools and by personnel in the vicinity.

L. Electricity.

11. Only authorized persons shall make repairs to or work on electrical equipment. Security regulations shall be observed.

12. All electrical wires must be considered live until proven they are not.

13. Steam, water or oil leaks near electrical equipment shall be reported immediately to the supervisor in charge.

14. Working surfaces shall be kept dry when working with, or near, electrical apparatus.

15. The frames of all portable electrical equipment shall be grounded when in operation.

16. No equipment or machinery shall be operated no less than five (5) feet from any high tension power line.

17. A switch shall not be closed without full knowledge as to what the circuit is

23

B80. When operating jointers, always push stock through, using rubber block wherever possible. Always take a thin cut and feed slowly. Keep cutter guard in good working order.

B81. When operating a band saw, keep the guide adjusted to a small clearance from the material being sawed and avoid any cut which tends to bind the blade.

B82. A depth collar shall be used on shaper operations wherever possible.

B83. Always check security of shaper cutters prior to starting up. Do not leave shaper running unattended.

B84. Wear "approved" eye-protection when working on or in effective vicinity of power woodworking operations.

B85. Inspect all portable power tools before use. Make sure extension cord and attachment plug of electrical tools are in good condition, and frame ground-wire connected.

B86. No power tool of any description shall be raised or lowered to or from tools or staging by the bite of the hose, or power cable.

B87. Never lay a portable power-tool down while still running. Disconnect power source if leaving, to prevent accidental tripping of control switch or trigger.

22



open. The tag on the switch shall be removed only by the person who tagged the switch open. See Rule A31.

I2. Material or gear shall not be hung on switchboards or left near enough to obstruct ready access to the board.

I3. Keep out from behind power panels should ship unless authorized to enter.

**J. Safe Clearances:**

J1. Material, equipment or fixtures shall not be placed alongside railroad or crane tracks closer than 4 feet 8 inches from the outside rail.

J2. Passageways, walks, entrances, exits, access to utility controls, or other areas designated by floor striping shall not be blocked by temporary or permanent

24

placement or storage of material or equipment.

I3. In reporting pipe, tubes or similar materials, avoid standing in front of the pile.

I4. Do not stand under or between skids or timbers while handling material. Make sure skids or timbers are securely placed and not moving. Allow for the load.

I5. Never walk or stand under suspended loads. Stand well to the side and clear.

I6. Do not stand in the bight of a line.

I7. Place red flags or tidens on material projecting into passageways, or from trucks or flat cars.

**K. Compressed Air:**

K1. Use compressed air only when and as directed by your supervisor.

K2. When compressed air is used for applying pressure to closed containers, always provide proper pressure relieving devices.

K3. A stream of compressed air shall never be directed at any part of your or other employee's body.

K4. When using a stream of compressed air for any authorized purpose, protect your eyes with safety goggles and see that personnel in the vicinity are not endangered.

25



J5. Persons crossing highway on bicycles shall dismount and push the bicycle across.

J6. Bicycles shall be turned in monthly to Shop 02 for check and overhaul.

J10. Do not operate a government-owned vehicle without proper authority. Operators of all motor vehicles, including motorcycles, scooters, and trucks within the command reservation, shall have on their person a valid U.S. Navy Operator's Permit while driving.

J11. The traffic laws of the State of Washington apply within the road. Observe posted speed limits.

J12. Permits holding permits to park their cars and in other non-assigned areas shall take precautions to park clear of general traffic, routes and railroad tracks.

J13. Riding in truck bodies is prohibited unless the truck is fitted with seats with special handholds over the cab of the cab.

K5. Always shut off air at manifold and bleed air hose before disconnecting tool or air hose.

K6. Compressed air shall not be used to force air from drums. Use gravity flow or hand pump.

L. Traffic:

L1. Keep on the right while walking in the yard. Use marked walks and cross-walks where provided, and observe all warning signs and signals. Always look both ways before stepping into roadways.

L2. Pedestrians in designated walkways have the right-of-way over all vehicles, except those on an emergency mission.

L3. All persons riding bicycles, skateboards or scooters must obey traffic rules in regard to riding on the right side of the roadway on the traveled area. Use hand signals well in advance of the turn, and do not pass any vehicle on the right.

L4. Carrying other persons or material on the handlebar or frame of bicycles is prohibited.

L5. Do not ride bicycle at night unless it is equipped with legal light, and with light or reflector.

L6. Bicycle riders shall not ride abreast of each other.

L7. Bicycles shall not be ridden on sidewalks or in buildings.



L14. When riding in truck bodies, remain seated or maintain a firm grip on hand hold.

L15. When any motor vehicle is in motion, riders shall not board or leave, ride on running boards or steps, or permit legs or arms to dangle over the side.

L16. Emergency vehicles have the right-of-way upon sounding siren and flashing red warning light. All vehicles shall immediately pull clear of the roadway and stop until emergency vehicles have passed, regardless of direction traveled.

L17. No more than two persons shall ride in the cab of any truck except where the truck is labeled suitable for three persons.

L18. Legs shall not carry more than driver and one passenger in the front seat.

L19. Because of their light weight and high center of gravity and short wheelbase, and similar vehicles shall, with extreme caution and all regulations governing the operation of motor vehicles shall be observed in their operation.

L20. Do not ride tandem on scooters.

L21. Do not use scooter side cars for carrying passengers except when specially constructed for the purpose.

L22. Passengers riding on sideboards or similar vehicles is prohibited.

22

M. Fire:

M1. Make it a habit to know the location of and proper use of the nearest fire fighting and fire alarm equipment where you are working. When notifying Fire Department by telephone, call 222.

M2. There are four types of fire extinguishing mediums provided in the shipyard, with which all employees should be familiar:

a. $CO_2$: For use on any fire.

b. Soda-acid: For use on rubbish and other combustible materials (never on flammable liquids or electrical fires).

c. Water Pump Cans: Same as b. above.

d. Pyrene (carbon tetrachloride): For use on electrical fires, around motors, etc.

M3. When using fire extinguishers, direct the stream at the base of the fire for most effective extinguishing action.

M4. $CO_2$ gas is asphyxiating and carbon tetrachloride, a toxic liquid, produces phosgene gas upon contact with heat. Employees shall exercise care when using in confined spaces in which ventilation is poor, after the fire is out until space has been adequately ventilated.

M5. Fire-fighting equipment shall not be used for any other purpose.

23








Industrial Dispensary immediately for treatment. Prior to leaving the job, however, Dispensary Permit Form NAVSHIPS 107 shall be obtained from the immediate supervisor or if this is not practicable, from any other supervisor or from the shop office.

b. The injured employee shall retain the original of the Dispensary Permit until conclusion of treatment for the injury, presenting it to the Industrial Dispensary each time treatment is received. Upon each injury if date treated and all times of departure from job, arrival at Dispensary, return to job, etc. Upon termination of treatment the original form shall be forwarded to the Safety Division via the immediate supervisor.

c. In case of serious injury to civilian employee, call 456 (Industrial Dispensary) for ambulance. There should be two numbers. For military, call 404 (Naval Dispensary).

d. Remember, every injury suspected to have occurred must be reported for treatment immediately, no matter how minor it may appear, to you.

P. Employees' Compensation:

a. All civil employees States who are injured performance of duty

N7. Keep your skin healthy. Various protective-barrier skin creams are provided for protection against unavoidable contact with chemical and mechanical skin irritants, such as oils, paints, solvents, etc. Your supervisor or tool-room attendant will advise you regarding proper type and advise you personally member that your body is your best area against development of industrial and suspect other skin diseases is to avoid contact with skin irritants as far as possible through the use of proper protective equipment, coupled with observance of a high standard of personal cleanliness.

What To Do In Case of Injury:

a. Employees receiving injury while at work shall report to the Shipyard

22






