KESSNER UMEBAYASHI BAIN & MATSUNAGA
Attorneys at Law – A Law Corporation

ELTON JOHN BAIN    2443-0
E. MASON MARTIN III    7295-0
MARIE A. SHELDON    5964-0
BRADFORD K. CHUN    9426-0
19th Floor, Central Pacific Plaza
220 South King Street
Honolulu, Hawaii 96813
Telephone: (808) 536-1900

Attorneys for Defendant,
WARREN PUMPS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII STATE ASBESTOS CASES<br><br>This Document Applies To:<br><br>ROGER E. NELSON and<br>ROSALIE J. NELSON,<br><br>    Plaintiffs,<br><br>v.<br><br>1) CRANE COMPANY, etc., et al.,<br><br>    Defendants. | CIVIL NO. _____<br><br><br><br><br><br><br><br><br><br><br>No trial date set. |

### AFFIDAVIT OF ROLAND DOKTOR

I, Roland Doktor, declare:

1. I am Manager, New Navy Programs for Warren Pumps, LLC ("Warren Pumps"). I am an authorized agent of Warren Pumps and I am sufficiently familiar with the facts set forth herein to competently testify to them and if called as a witness, could and would testify to the following:

2. I joined Warren Pumps in 1978, immediately after receiving a Bachelor of Science degree in Marine Engineering from the Massachusetts Maritime Academy at Buzzard's Bay, Massachusetts.

3. My job functions as Manager of New Programs Navy include, but are not limited to all new pumps sales.

4. I submit this affidavit to attest to the level of supervision and control by the United States Navy ("U.S. Navy") and its agents and officers over the design and manufacture by Warren Pumps of pump equipment intended for installation on U.S. Navy vessels. This attestation is based on personal knowledge and the review of records kept by Warren Pumps in the ordinary course of business.

5. Warren Pumps was founded in 1897 as Warren Steam Pump Company in the small New England community of Warren, Massachusetts. For over one-hundred years, it has manufactured pumps in the same location from which it was founded.

6. Warren Pumps has manufactured U.S. Navy pumps for use aboard U.S. Navy vessels involved in two World Wars, the Korean War, the Vietnam War, the Cold War, as well as peace-keeping and humanitarian missions.

7. Warren Pumps made and supplied pumps for U.S. Navy ships under contracts between Warren Pumps and the shipyards and/or the U.S. Navy, which administered those contracts through the Naval Sea Systems Command ("NAVSEA") or its predecessor, the Navy Bureau of Ships ("BUSHIPS"). Pumps manufactured and supplied by Warren Pumps for a U.S. Navy vessel had to meet precise U.S. Navy specifications. Additionally, pumps were specifically designed and engineered for the vessel or class of vessels in question. In other words, the pumps for a vessel or class were custom built, i.e., they were not "off the shelf" products. Pumps supplied by Warren Pumps were built in accordance with the U.S. Navy specifications, tested pursuant to those specifications and then approved by the U.S. Navy. The U.S. Navy specifications for pumps incorporated several lower-level specifications, including those governing the components or materials used for or with the pumps, such items as metals, bearings, packing, gaskets, etc.

8. For example, I have reviewed drawings for pumps manufactured by Warren Pumps in connection with the USS Mansfield (DD-728), a U.S. Navy destroyer purportedly at issue, and based upon my review of those drawings, these pumps were manufactured pursuant to U.S. Navy specifications under the direction and control of officers and agents of the U.S. Navy. See Drawings attached hereto as Exhibit A.

9. Additionally, pursuant to the particular contract and the U.S. Navy's requirements, Warren Pumps prepared U.S. Navy technical manuals for certain pumps that were supplied for U.S. Navy ships. The U.S. Navy technical manuals were governed by the U.S. Navy and were sent to NAVSEA or its predecessor, BUSHIPS or its acting agent for U.S. Navy approval. The U.S. Navy approved the finished contents of the U.S. Navy technical manuals upon determination that the U.S. Navy technical manual met its requirements under the military specifications.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 22 day of June 2011, at Warren, Massachusetts.

ROLAND DOKTOR

Subscribed and sworn to before me
this 22nd day of June, 2011

_____
Notary Public, Commonwealth of Massachusetts

Theresa Aubin
Printed Name of Notary

My Commission Expires: 1/19/18

Theresa Aubin
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 19, 2018



EXHIBIT A



HI-RN-00002





HI-RN- 00004



HI-RN- 00005





