IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROGER E. NELSON and ROSALIE J. NELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CRANE COMPANY, etc., et al.,<br><br>Defendants. | CIVIL NO. 11-00406 LEK/RLP<br><br>DECLARATION OF ILANA K. WAXMAN |

D:\06044A01\Pleadings\_Federal Court\Mtn Recon Stay Order\Mtn Recon Stay Order_Decl of IKW.docx

## DECLARATION OF ILANA K. WAXMAN

I, ILANA K. WAXMAN, hereby declare as follows:

1. I am one of the attorneys of record herein for Plaintiffs and make this affidavit based upon personal knowledge.

2. Attached hereto and marked as **Exhibit 1** is a true and correct copy of the In Re Asbestos Products Liability (No. VI) Transfer Order dated August 12, 2011, issued by United States Judicial Panel on Multi-District Litigation.

3. Attached hereto and marked as **Exhibit 2** is a true and correct copy of the Hearing Session Order for July 28, 2011, issued by United States Judicial Panel on Multi-District Litigation on June 14, 2011.

I, ILANA K. WAXMAN, do declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of September 2011.

/s/Ilana K. Waxman
ILANA K. WAXMAN